**FILED**



3:21 pm, 1/18/22

**Margaret Botkins
Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MARGARET M. VIERBUCHEN

Plaintiff,

vs.

Case Number: 22-CV-001-S

JOSEPH R. BIDEN, Jr., et al.

Defendant.

---

## ORDER OF RECUSAL

Due to a conflict of interest the Honorable Nancy D. Freudenthal, presiding United

States District Judge and the Honorable Kelly H. Rankin, referral United States Magistrate

Judge have recused themselves from the above-entitled action. All matters will now be heard

by Scott W. Skavdahl, Chief United States District Judge .

Dated this 18th day of January, 2022.

Scott W. Skavdahl
Chief United States District Judge