IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| MARGARET M. VIERBUCHEN,<br><br>   *Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, Jr.,<br>*et al.*,<br><br>   *Defendants*. | Civil Case No. 22-CV-1-SWS |

## Motion for Preliminary Injunction
## Oral Argument Requested

  Pursuant to Local Civil Rule 7.1(b)(2), and for the facts and reasons set forth in the accompanying brief, Ms. Vierbuchen respectfully moves this Court to preliminarily enjoin the Defendants' ongoing and repeated orders that she submit to COVID-19 vaccination and the continuous testing requirement.

  As explained in the brief, these orders and requirements lack statutory authority and violate her liberty rights, her privacy rights, and her right to bodily integrity secured by the Fourth and Fifth Amendments to the United States Constitution. Plaintiff is substantially likely to succeed on the merits of her case, she is suffering ongoing irreparable injury—namely ongoing violations of her constitutional rights—and it is in the public interest to grant the preliminary injunction.

Plaintiff requests oral argument on her motion.

Respectfully submitted, this 3rd day of February, 2022.

/s/
Andrew J. Block
Virginia State Bar No. 91537
America First Legal Foundation
300 Independence Ave, SE
Washington, D.C. 20003
Telephone: (202) 836-7958
Email: Andrew.Block@aflegal.org

John G. Knepper
Wyoming Bar No. 7-4608
Law Office of John G. Knepper, LLC
P.O. Box 1512
Cheyenne, Wyoming 82003
Telephone: (307) 632-2842
Email: John@KnepperLLC.com

**CERTIFICATE OF SERVICE**

I certify that on February 3, 2022, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record. I also sent copies via certified mail to all Defendants.

_____/s/_____
Andrew J. Block
